SAMUEL L. KEITH *et al.*

*v.*

FRANK STURGES.

1. ALLEGATIONS AND PROOF—*whether a variance.* "Com." and "Co." are well understood abbreviations of the word "Company," when used as a part of the name of a commercial firm.

2.  So, in an action by the assignee of a note made payable to "Sturges & Com." it was alleged that it was endorsed by "Sturges & Com." and the note produced in evidence was endorsed "Sturges & Co:" *Held,* there was no variance.

APPEAL from the Superior Court of Chicago ; the Hon. JOHN A. JAMESON, Judge, presiding.

This was an action of assumpsit on a promissory note, brought by Sturges as endorsee, against Keith and others, and a trial was had before the court.   The note was drawn payable to " Sturges & Com." for the sum of $50,000, but was endorsed to Frank Sturges, the plaintiff, by the following endorsement, " Pay to Frank Sturges or order," and signed " Sturges & Co." ' The declaration alleged that the defendants made their note, and delivered it to *Sturges and Com.,* by which they promised to pay to the order of Sturges and *Com.* $50,000, etc., and that Sturges *and Com.* endorsed and delivered the note to the plaintiff.   The note, with the endorsement, was offered in evidence.

The defendants objected to the introduction of the note in evidence, under the special count, on the ground of a variance between the endorsement as alleged in the declaration, and the endorsement upon the note. The objection was overruled and the note was admitted in evidence, whereupon the court rendered judgment for the plaintiff.

The overruling of the objection to the note in evidence is assigned for error.

Messrs. BECKWITH, AYER & KALES, for the appellants.

Messrs. WALKER & DEXTER, for the appellee.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court:

The declaration in this case alleges the defendants made and delivered their note to Sturges & Com., and that Sturges & Com. endorsed it to the plaintiff. The note offered in evidence, was payable to Sturges & Com., and was endorsed Sturges & Co. It is objected that this is a variance. The objection is not well taken. Com. and Co. are both well understood abbreviations of the word " Company," when used as a part of the name of a commercial firm.

*Judgment affirmed.*